No. 00–1491. JOHN DEERE INSURANCE CO. v. NUEVA ET AL. C. A. 9th Cir. Motions of National Association of Independent Insurers and Trucking Industry Defense Association for leave to file briefs as *amici curiae* granted. The Solicitor General is in-

vited to file a brief in this case expressing the views of the United States.